USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-against-

GLEN CONTRERAS,

Defendant.

---

26-MJ-4584

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on October 30, 2026, Defendant was initially presented before Magistrate Judge Robert Lehrburger;

WHEREAS Magistrate Judge Lehrburger granted Defendant's bail application but ordered him detained pending certain conditions being met (the "October 30 Order");

WHEREAS the Government appealed the October 30 Order as to Mr. Contreras, and the Court temporarily stayed the Order pending a hearing on this appeal; and

WHEREAS on November 4, 2026, the parties appeared for a hearing on this appeal;

IT IS HEREBY ORDERED that the October 30 Order is REVERSED. The Court finds that no condition or combination of conditions will reasonably assure the appearance of Defendant. *See* 18 U.S.C. § 3142(e)(1). Defendant is remanded to the continued custody of the United States Marshals for detention pending trial.

**SO ORDERED.**

**Date: November 4, 2026**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**