UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

GLEN CONTRERAS,

Defendant.

26-CR-513 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

The conference scheduled for December 1, 2026, is adjourned. It is here by ORDERED that the parties shall appear for a conference on December 9, 2026, at 2:30 PM, at 500 Pearl Street, Courtroom 12A, New York, New York 10007.

**SO ORDERED.**

Dated: New York, New York
November 23, 2026

Loretta A. Preska
Senior United States District Judge